IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01460-RPM

SHERRY PURDY,

    Plaintiff,

v.

DEPARTMENT OF ENVIRONMENTAL HEALTH, and
CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

_____

ORDER DISMISSING FOURTH AND FIFTH CLAIMS FOR RELIEF AND FOR REMAND
OF THE FIRST, SECOND AND THIRD CLAIMS FOR RELIEF
_____

    This civil action was removed from the District Court, City and County of Denver, Colorado, on the basis of federal jurisdiction under 28 U.S.C. § 1331 because the plaintiff's fourth claim for relief was for age discrimination and the fifth claim for relief seeks damages under 28 U.S.C. § 1983 for a violation of due process rights protected by the Fifth and Fourteenth Amendments to the United States Constitution. The defendant filed a motion to dismiss on June 7, 2013, of the second, third, fourth and fifth claims for relief. In response, the plaintiff withdrew the age discrimination claim in the fourth claim for relief but did continue to assert the constitutional tort claim. That claim fails because the plaintiff has not sufficiently alleged facts that would give rise to a finding of a violation of due process protection. Indeed, the first claim for relief is for judicial review of the decision of the Career Service Authority and Career Service Board of the City and County of Denver affirming dismissal of the plaintiff from her employment as Deputy Manager of the Department of Environmental Health. That review is under Colorado Rule 106 and is a part of the due process protection of the plaintiff's employment. The first claim for relief, in itself, demonstrates that the plaintiff has not completed exhaustion of the due process protection

provided for her.  Accordingly, the fifth claim for relief is dismissed under Fed.R.Civ.P. 12(b)(6).

The parties have extensively briefed the viability of the second and third claims for relief under the Colorado Governmental Immunity Act.  Because the federal claims are not being dismissed, there is no supplemental jurisdiction to consider the state claims.  Accordingly, it is now

ORDERED that the fourth and fifth claims for relief are dismissed and it is

FURTHER ORDERED that the first, second and third claims for relief are remanded to the District Court, City and County of Denver, Colorado.

DATED: August 8th, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge