IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01460-RPM

SHERRY PURDY,

    Plaintiff,

v.

DEPARTMENT OF ENVIRONMENTAL HEALTH, and
CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.
_____

## JUDGMENT
_____

    Pursuant to the Order Dismissing Fourth and Fifth Claims for Relief and for Remand of the First, Second and Third Claims for Relief entered by Senior Judge Richard P. Matsch on August 8th, 2013, it is

    ORDERED AND ADJUDGED that the fourth and fifth claims for relief are dismissed and it is

    FURTHER ORDERED AND ADJUDGED that the first, second and third claims for relief are remanded to the District Court, City and County of Denver, Colorado.

    DATED: August 8th, 2013

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                    s/M. V. Wentz

                By_____
                      Deputy